# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, et al., | Case No. 1:13-cv-01174-AWI-SAB |
| Plaintiffs, | ORDER RE: STATUS CONFERENCE |
| v. | |
| AARON SIMON WELCH, | |
| Defendant. | |

The Court scheduled a status conference on May 23, 2014 to set deadlines for discovery and for the filing of Plaintiffs' motion for default judgment with respect to monetary damages. Gail E. Podolsky appeared on behalf of Plaintiffs via telephone at the status conference. Plaintiffs indicated that discovery could be completed within six months.

In light of the schedule set forth herein, the Scheduling Conference set for August 12, 2014 will be vacated and the parties need not submit any scheduling reports.

IT IS HEREBY ORDERED that:

1. Discovery in this matter shall commence and be completed by November 21, 2014;

2. Plaintiffs' motion for default judgment with respect to damages shall be filed on or before December 12, 2014; and

///

1

3. The scheduling conference set for August 12, 2014 is VACATED.

IT IS SO ORDERED.

Dated:  **May 23, 2014**

_____
UNITED STATES MAGISTRATE JUDGE